No. 01–9028.  OWENS-EL *v.* PUGH, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 01–9029.  MURPHY *v.* PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 01–9036.  O'NEILL *v.* DARDEN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–9037.  WILLIAMS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–9038.  TALLY *v.* COLORADO.  Ct. App. Colo.  Certiorari denied.

No. 01–9040.  WILLIAMS *v.* BELL, CORRECTIONAL ADMINISTRATOR I, PENDER CORRECTIONAL INSTITUTION.  C. A. 4th Cir. Certiorari denied.

No. 01–9045.  MENCHACA *v.* BUTLER, CHIEF DEPUTY WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–9046.  NOEL *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–9048.  WILLIAMS *v.* FIELD CREST PROPERTIES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9051.  TORRES *v.* GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–9058.  TEPPER *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–9061.  GATES *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 01–9070.  BROWN *v.* WARDEN, WALLENS RIDGE STATE PRISON.  C. A. 4th Cir.  Certiorari denied.

No. 01–9071.  MANLEY *v.* MONROE COUNTY SHERIFF'S DEPARTMENT ET AL.  Ct. App. Ind.  Certiorari denied.